Dismissed and Memorandum Opinion filed October 20, 2005









Dismissed and Memorandum Opinion filed October 20,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00513-CR

____________

 

ROISUNA SHENNTRA WALKER,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
240th District Court

Fort Bend
County, Texas

Trial Court Cause
No. 41, 559

 



 

M E M O R A N D U M   O P I N I O N

On September 14, 2005, appellant filed a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 20, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.